LIZZIE S. SPENCER v. PATRICK REILLY *et al.* No. 12,642. (68 Pac. 1132.) Error from Nemaha district court. Opinion filed May 10, 1902. Division two. *Dismissed.* J. L. Berry, and C. D. Walker, for plaintiff in error. S. K. Woodworth, and Waggener, Horton & Orr, for defendants in error.

JOHN S. BRANNER *et al.* v. JOSIE WEBB *et al.* No. 12,698. (68 Pac. 1107.) Error from Jackson district court. Opinion filed May 10, 1902. Division one. *Affirmed.* Isenhart & Alexander, W. R. Hazen, and H. W Page, for plaintiffs in error. Keeler & Hite, for defendants in error.

*In re* ARTHUR HAGAN. No. 12,901. (68 Pac. 1104.) Original proceeding in *habeas corpus.* Opinion filed May 10, 1902. Division one. *Petitioner remanded.* Keene & Gates, for petitioner. B. Hudson for respondent.

> 65  857
> Case 3
> e67  135

THE STATE OF KANSAS v. JOHN WOLF. No. 12,984. (68 Pac. 1133.) Appeal from Kingman district court. Opinion filed May 10, 1902. Division one. *Affirmed.* A. A. Godard, attorney-general, and W. M. Wallace, for The State. C. W. Fairchild, for appellant.

THE STATE OF KANSAS v. H. J. FREEGARD. No. 12,985. (68 Pac. 1133.) Appeal from Kingman district court. Opinion filed May 10, 1902. Division one. *Affirmed.* A. A. Godard, attorney-general, and W. M. Wallace, for The State. C. W. Fairchild, for appellant.

THE STATE OF KANSAS v. H. J. FREEGARD. No. 12,986. (68 Pac. 1133.) Appeal from Kingman district court. Opinion filed May 10, 1902. Division one. *Affirmed.* A. A. Godard, attorney-general, and W. M. Wallace, for The State. C. W. Fairchild, for appellant.

B. O. BREWSTER v. L. L. GRACEY *et al.* No. 11,930. (69 Pac. 1126.) Error from Kingman district court. Opinion filed June 7, 1902. Division one. *Affirmed.* C. W. Fairchild, for plaintiff in error. W. M. Wallace, for defendants in error.

WM. W. KENDALL BOOT AND SHOE COMPANY v. BESSIE GOLDMAN. No. 12,048. (69 Pac. 1129.) Error from Wyandotte court of common pleas. Opinion filed June 7, 1902. Division one. *Reversed.* Karnes, New & Krauthoff, and Bruno Hobbs, for plaintiff in error. Hale & Craig, for defendant in error.

CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY v. JACOB C. EVERSOLE. No. 12,083. (69 Pac. 1126.) Error from Shawnee district court. Opinion filed June 7, 1902. Division one. *Affirmed.* M. A. Low, and W. F. Evans, for plaintiff in error. Overmyer, Mulvane & Gault, for defendant in error.

> 65  857
> Case 9
> 69  743

THE PLANO MANUFACTURING COMPANY v. HENRY SHAPCOTT *et al.* No. 12,262. (69 Pac. 1128.) Error from Sedgwick district court. Opinion filed June 7, 1902. *In banc. Affirmed.* Amidon & Conly, for plaintiff in error. Herrick & Rogers, and Ready & Ready, for defendants in error.

THE SANDWICH MANUFACTURING COMPANY v. JOHN DUVALL. No. 12,358. (69 Pac. 1128.) Error from Anderson district court. Opinion filed June 7, 1902. Division one. *Reversed.* A. J. Smith, W. A. Johnson, and Ellis, Cook & Ellis, for plaintiff in error. N. L. Bowman, for defendant in error.